1  WILLIAM R. TAMAYO (CA Bar No. 084965)
   DAVID OFFEN-BROWN, Supervisory Trial Attorney (CA Bar No. 63321)
   LINDA ORDONIO-DIXON (CA Bar No. 172830)
2  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
3  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1260
4  Telephone No. (415) 625-5654
   Facsimile No. (415) 625-5657
5
   Attorneys for Plaintiff Equal Employment Opportunity Commission
6

7

8

9                  UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12 | EQUAL EMPLOYMENT | ) | Case No.: |
   | OPPORTUNITY COMMISSION, | ) | |
13 | Plaintiff, | ) | COMPLAINT |
   | | ) | Civil Rights-Employment Discrimination |
14 | vs. | ) | DEMAND FOR JURY TRIAL |
   | | ) | |
15 | SIERRA PACIFIC INDUSTRIES, | ) | |
   | | ) | |
16 | Defendant. | ) | |
   | | ) | |
17 | | ) | |

18

19                    NATURE OF THE ACTION

20         This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and Title I of

21 the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national

22 origin, and to provide appropriate relief to Ahmed Elshenaway, who was adversely affected by

23 such practices.  Defendant Sierra Pacific Industries subjected Mr. Elshenaway, a production

24 worker, to unlawful discriminatory treatment based on national origin, by engaging in and

25 allowing him to be harassed based on his national origin, Egyptian, and by discharging him

26 because of his national origin and in retaliation for his complaints of harassment.

27

28

COMPLAINT                                                                    Page 1

## JURISDICTION AND VENUE

1)      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) (Title VII) and section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

## INTRADISTRICT ASSIGNMENT

2)      The unlawful employment practices alleged herein were and are now being committed in Tehama County and the employment records relevant to the unlawful practices were and are located in Tehama County within the jurisdiction of the United States District Court for the Eastern District of California.  This action is therefore appropriate for assignment to Sacramento.

## PARTIES

3)      Plaintiff, the Equal Employment Opportunity Commission (Commission) is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000-e-5(f)(1) and (3).

4)      At all relevant times, Defendant Sierra Pacific Industries (Defendant) has continuously been and is a California corporation doing business in the State of California, in the County of Tehama, and has continuously had at least 15 employees.

5)      At all relevant times, Defendant Sierra Pacific Industries has continuously been an employer engaged in an industry affecting commerce within the meaning of section 701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

6)      More than thirty days prior to the institution of this lawsuit, Ahmed Elshenaway (Charging Party) filed a charge of discrimination with Plaintiff Commission alleging violations of Title VII by Defendant.  All conditions precedent to the institution of this lawsuit have been

1    fulfilled.

2         7) .     From no later than September 11, 2001 through at least April 9, 2004, Defendant

3    engaged in unlawful employment practices in violation of sections 703(a)(1) and 704(a) of Title

4    VII, 42 U.S.C. §§ 2000-e-2(a)(1) and 2000-e-3(a), by subjecting the Charging Party to

5    harassment and effective April 9, 2004 discharging the Charging Party from employment based

6    on national origin and retaliation.  The harassment included, but was not limited to, daily epithets

7    related to his being Arab and Egyptian directed at Charging Party.  Defendant discharged the

8    Charging Party because he had earlier complained that he was being harassed because of his

9    national origin.

10         8)     The effect of the actions complained of in paragraph 7 above has been to deprive

11    the Charging Party of equal employment opportunities and otherwise adversely affect his status

12    as an employee because of his national origin.

13         9)     The unlawful employment practices complained of in paragraph 7 above were

14    intentional.

15         10)     The unlawful employment Practices complained of in paragraph 7 above were

16    done with malice or with reckless indifference to the federally protected rights of the Charging

17    Party.

18

19    **PRAYER FOR RELIEF**

20         Wherefore, the Commission respectfully requests that this Court:

21         A.     Grant a permanent injunction enjoining Defendant, its officers, successors,

22    assigns, and all persons acting in concert or participation with them, from engaging in

23    harassment and any other employment practice which discriminates on the basis of national

24    origin.

25         B.     Order Defendant to institute and carry out policies, practices, and programs which

26    provide equal employment opportunities for persons whose national origin is not the United

27    States, and which eradicate the effects of its unlawful employment practices.

28    //

COMPLAINT         

1    C.    Order Defendant to make the Charging Party whole, by providing appropriate

2   back pay and benefits with prejudgment interest, and other affirmative relief necessary to

3   eradicate the effects of its unlawful employment practices, including but not limited to

4   reinstatement and/or front pay and other appropriate relief in amounts to be determined at trial.

5    E.    Order Defendant to make the Charging Party whole by providing compensation

6   for past and future pecuniary losses resulting from the unlawful employment practices

7   complained of above, including but not limited to such out-of-pocket expenses as medical care

8   necessitated by Defendant's unlawful conduct, in amounts to be determined at trial.

9    E.    Order Defendant to make the Charging Party whole by providing compensation

10   for past and future nonpecuniary losses resulting from the unlawful practices complained of

11   above, including but not limited to emotional pain and suffering, inconvenience, loss of

12   enjoyment of life and humiliation, in amounts to be determined at trial.

13    F.    Order Defendant to pay the Charging Party punitive damages for the malicious

14   and reckless conduct described above, in amounts to be determined at trial.

15    G.    Grant such further relief as the Court may deem just and proper in the public

16   interest.

17    H.    Award the Commission its costs of this action.

18

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

COMPLAINT                                                                                    Page 4

1

## JURY TRIAL DEMAND

2

3    The Commission requests a jury trial on all questions of fact raised by its complaint.

4

5                                                    **RONALD S. COOPER**
                                                     General Counsel
6
                                                     **JAMES L. LEE**
7                                                    Deputy General Counsel

8                                                    **GWENDOLYN YOUNG REAMS**
                                                     Associate General Counsel
9
                                                     **EQUAL EMPLOYMENT**
10                                                   **OPPORTUNITY COMMISSION**

11   Date:   June  14 , 2008

12

13                                                   **WILLIAM R. TAMAYO**
                                                     Regional Attorney
14   Date:   June  18 , 2008

15
                                                     **DAVID F. OFFEN-BROWN**
16   Date:   June  18 , 2008                         Supervisory Trial Attorney

17

18
                                                     **LINDA ORDONIO-DIXON**
19                                                   Senior Trial Attorney

20                                                   Equal Employment Opportunity
                                                     Commission
21                                                   350 The Embarcadero, Suite 500
                                                     San Francisco, CA 94105-1260
22                                                   (415) 625-5654

23

24

25

26

27

28

COMPLAINT                                                                          Page 5