UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                       NO. 2:08-cv-1470-MCE-DAD

     Plaintiff, and

AHMED ELSHENAWY,

     Applicant-Intervenor,

  v.                                              **ORDER**

SIERRA PACIFIC INDUSTRIES,

     Defendant.

----oo0oo----

Presently before the Court is the Motion for Leave to Intervene filed by Ahmed Elshenawy, the individual on whose behalf the Equal Employment Opportunity Commission ("EEOC") has instituted the instant lawsuit, which alleges discrimination, retaliation, and harassment on the basis of Elshenawy's national origin.  Both the EEOC and Defendant Sierra Pacific Industries have filed Statements of Non-Opposition to the present Motion, which is expressly authorized by the provisions of 42 U.S.C. § 2000e-(5)(1) and Federal Rule of Civil Procedure 24(a).

1

Consequently, good cause appearing therefor, the Motion of Applicant-Intervenor Elshenawy is hereby GRANTED.[1]  Elshenawy may file the proposed Complaint in Intervention attached as Exhibit "A" to the Declaration of Michael R. Deems filed in support of this Motion.

　　　IT IS SO ORDERED.

Dated: January 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2