**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5656**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br>SIERRA PACIFIC INDUSTRIES<br>Defendant. | CIVIL ACTION NO.2:08-CV-01470-MCE-DAD<br><br>STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE; ORDER |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 6-144, the parties to this action hereby jointly request a ninety (90) day extension of the expert witness deadline in the instant litigation. The deadline is currently scheduled for October 7, 2009. The requested deadline is January 4, 2010. No other case deadlines will be effected by the instant request. There have been no prior extensions in this case.

Good cause exists for the requested extension as the parties have diligently attempted to complete discovery but have been impeded by unexpected difficulty. Defendant will disclose approximately ten thousand pages of discovery documents on or about August 28, 2009. This voluminous disclosure was unanticipated by the parties. In addition, plaintiff's counsel will be on an

**STIP/ORDER TO EXTEND**
**EXPERT DEADLINE**
**C 08-01470 MCE**

PDF created with pdfFactory trial version www.pdffactory.com

extended leave from October 26th through November 20th.  The requested extension will allow a reasonable amount of time for counsel to analyze the voluminous documents and to determine what documents, if any, are relevant to the expert testimony in this case.  The extension will also allow time for experts to review the documents, if needed.  To allow for the foregoing, an extension of the designation deadline of experts and disclosure of their corresponding reports is necessary.

Based on the foregoing, the parties respectfully request that the expert disclosure deadline be extended to January 4, 2010.

E-FILING CONCURRENCE:  I, the undersigned, attest that I have obtained the concurrence of all counsel for the filing of the instant pleading.

Dated: August 20, 2009

By:   //s//
Linda S. Ordonio-Dixon

An Amended Pretrial Scheduling Order will issue within ten (10) days of the date this order is electronically filed.

IT IS SO ORDERED.

DATED: August 28, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIP/ORDER TO EXTEND
EXPERT DEADLINE
C 08-01470 MCE**                                   2.

PDF created with pdfFactory trial version www.pdffactory.com