WILLIAM R. TAMAYO, SBN 084965
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5656
Fax No. (415) 625-5657

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SIERRA PACIFIC INDUSTRIES<br><br>Defendant. | CIVIL ACTION NO.2:08-CV-01470-MCE-DAD<br><br>STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE; ORDER |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 6-144, the parties to this action hereby jointly request a sixty (60) day extension of the expert witness deadline in the instant litigation. The deadline is currently scheduled for January 4, 2010. The requested deadline is March 4, 2010. No other case deadlines will be affected by the instant request. This is the parties' second request for extension of the expert designation deadline. The first request was made due to an unexpected production of over ten thousand pages of documents. The instant request will not cause prejudice to any party. The trial of this matter is scheduled for September 7, 2010.

Good cause exists for the requested extension as the parties have diligently attempted to resolve a discovery dispute concerning data which may impact expert testimony causing more time to be needed. This extension will allow the parties further time to resolve the discovery dispute.

**STIP/ORDER TO EXTEND
EXPERT DEADLINE
C 08-01470 MCE**

PDF created with pdfFactory trial version www.pdffactory.com

Based on the foregoing, the parties respectfully request that the expert disclosure deadline be extended to March 4, 2010.

Dated: October 23, 2009

By:   //s//
Linda S. Ordonio-Dixon
Attorney for Plaintiff EEOC

By:   //s//
Michael Deems
Attorney for Plaintiff-Intervenor Elshenawy

By:   //s//
David Martinek
Attorney for Defendant SPI

IT IS SO ORDERED.

DATED: October 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIP/ORDER TO EXTEND
EXPERT DEADLINE
C 08-01470 MCE**

2.

PDF created with pdfFactory trial version www.pdffactory.com