UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

AHMED ELSHENAWY,

    Plaintiff-Intervenor,

    v.

SIERRA PACIFIC INDUSTRIES,

    Defendant.

No. 2:08-cv-01470-MCE-DAD

**ORDER**

----oo0oo----

Presently before the Court is Plaintiffs' Motion to Exclude the testimony of Defendant's designated vocational rehabilitation expert, Gregory Sells. Plaintiffs ask the Court to prevent Mr. Sells from testifying on grounds that his proposed testimony is irrelevant. Plaintiffs further contend, on an even more fundamental basis, that Sells' testimony lacks any basis in specialized knowledge so that it would assist the jury in considering the issues presented by this case. Plaintiffs cite the Court's function as gatekeeper with respect to admissibility in that regard. See Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579, 589 (1993).

1

1    The Court is unpersuaded by Plaintiffs' claim that Mr. Sells'
2 expected testimony is by nature so unreliable that it runs afoul
3 of <u>Daubert</u> standards.  Sells' credentials show that he has some
4 thirty-eight years of experience as a vocational rehabilitation
5 counselor, and has been qualified as an expert on such issues some
6 nineteen times since 2005.  On the basis of that experience,
7 Mr. Sells is more than qualified to offer his opinion with respect
8 to whether Elshenawy should have been able to find suitable
9 employment following his termination, and how long that job search
10 should reasonably have taken.  That testimony is plainly relevant
11 with respect to whether Elshenawy properly mitigated his claimed
12 damages, and may assist the jury in deciding this case.
13    To the extent that Plaintiffs claim that the basis for
14 Sells' opinions are incomplete and/or erroneous, those
15 contentions can adequately be addressed through vigorous cross-
16 examination.  They are not properly the subject of a motion to
17 exclude his testimony altogether.  Plaintiffs' Motion to Exclude
18 Sells' testimony (ECF No. 56) is accordingly DENIED.[1]
19    IT IS SO ORDERED.
20   Dated: October 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2