DUN & MARTINEK LLP
DAVID E. MARTINEK (Bar No. 107503)
SHELLEY C. ADDISON (Bar No. 178846)
2131 I Street (95501)
PO Box 1266
Eureka, CA  95502
Telephone:     (707) 442-3791
Facsimile:     (707) 442-9251

DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>AHMED ELSHENAWY,<br><br>  Plaintiff/Intervenor<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>  Defendant. | Case No.  2:08-CV-01470-MCE-KJN<br><br>STIPULATION REGARDING LIMITED RE-OPENING OF DISCOVERY AND [PROPOSED] ORDER |

Plaintiff Equal Employment Opportunity Commission (EEOC), Plaintiff-Intervenor Ahmed Elshenawy and Defendant Sierra Pacific Industries (SPI) jointly respectfully request that the Court allow the limited discovery described below. Discovery in this case closed on November 9, 2009.

Stipulation Regarding Limited Re-Opening of Discovery and [Proposed] Order - 1

1  However, the trial of the case is not scheduled to begin until January 30, 2012. No party will be
2  prejudiced by the granting of the instant request and current pre-trial deadlines will not be affected.
3        Good cause exists for the granting of the instant request.  Plaintiffs received Defendant's
4  disclosure of witness Ed Bond on the day of the discovery deadline.  As such, Plaintiffs claim that
5  Defendant did not timely disclose Mr. Ed Bond as a potential witness pursuant to Federal Rule of Civil
6  Procedure 26.  Plaintiffs believe that allowing Mr. Bond's testimony at trial would result in unfair
7  prejudice to Plaintiffs' case unless they are afforded an opportunity to depose Mr. Bond and to conduct
8  discovery concerning and/or relating to his testimony.  Absent such measures, and considering the
9  resulting prejudice, Plaintiffs would object to Mr. Bond being called as a witness at trial.
10       Defendant claims that it did timely disclose Mr. Bond and believes that Mr. Bond's exclusion as
11 a witness at trial would be detrimental to its defense.  Defendant agrees to make Mr. Bond available for
12 a deposition.
13       In addition, during discovery, the parties encountered difficulty locating witness Kristi
14 Dunehew and scheduling her deposition.  Ms. Dunehew will cooperate with the scheduling of her
15 deposition for June 23, 2011.
16       The parties have extensively met and conferred about the foregoing matters and stipulate to the
17 terms set out below. Accordingly, the parties respectfully request that the Court issue an order as
18 follows:
19       1.    Discovery shall be re-opened for the limited purpose of allowing Plaintiff EEOC and
20 Intervenor Elshenawy to, pursuant to the Federal Rules of Civil Procedure, (a) conduct one joint
21 deposition of Mr. Ed Bond and to (b) conduct any other discovery that is reasonably related to Ed
22 Bond's testimony, including written and deposition discovery. In consideration of the foregoing,
23 Plaintiff EEOC and Intervenor Elshenawy waive any objection to Defendant Sierra Pacific Industries'
24 proffer of Ed Bond as a witness at trial.
25       2.    All depositions shall be completed and all written discovery shall be served no later
26 than July 31, 2011. In addition, any unresolved discovery dispute which may arise and which cannot
27 be resolved informally between the parties shall be presented to the assigned Magistrate no later than
28 August 31, 2011.

3. Plaintiff EEOC and Intervenor Elshenawy shall conduct one joint deposition of Kristi Dunehew pursuant to the Federal Rules of Civil Procedure, and Defendant SPI shall make her available for such deposition.

Dated: May 17, 2011                                     DUN & MARTINEK LLP

/s/ Shelley C. Addison
Shelley C. Addison
Attorney for Defendant
SIERRA PACIFIC INDUSTRIES

Dated: May 17, 2011                                     DOWNEY BRAND

/s/ Daniel J. Coyle
Daniel J. Coyle
Attorney for Defendant
SIERRA PACIFIC INDUSTRIES

Dated: May 17, 2011                                     U.S. EQUAL EMPLOYMENT
                                                        OPPORTUNITY COMMISSION

/s/Linda Ordonio-Dixon
Linda Ordonio-Dixon
Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: May 17, 2011                                     DEEMS & KELLER, LLP

/s/ Michael R. Deems
Michael R. Deems
Attorney for Plaintiff/Intervenor
AHMED ELSHENAWY

IT IS SO ORDERED.

Date: May 18, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE