1  WILLIAM R. TAMAYO, SBN 084965
   JONATHAN T. PECK, SBN 12303 (VA)
2  LINDA S. ORDONIO-DIXON, SBN 172830
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105-1260
   Telephone No. (415) 625-5654
5  Facsimile No. (415) 625-5657
   Email: Linda.Ordonio-Dixon@eeoc.gov
6
   Attorneys for Plaintiff EEOC
7
   MICHAEL R. DEEMS, SBN 121413
8  DEEMS & KELLER, LLP
   The Capitol Building at Philadelphia Square
9  55 Independence Circle, Suite 106
   Chico, California 95973
10 (530) 899-8040

11 Attorneys for Plaintiff-Intervenor,
   Ahmed Elshenawy

14                    UNITED STATES DISTRICT COURT

15                  FOR THE EASTERN DISTRICT OF CALIFORNIA

16                              SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:08-CV-01470-MCE-KJN |
| Plaintiff, | STIPULATION AND PROPOSED ORDER REGARDING THE TRIAL TESTIMONY OF PLAINTIFFS' EXPERT, CRAIG PRATT |
| AHMED ELSHENAWY, | |
| Plaintiff-Intervenor, | |
| v. | |
| SIERRA PACIFIC INDUSTRIES, | Trial Date: September 4, 2012 |
| Defendant. | |

//

//

//

//

STIP AND ORDER
RE TESTIMONY OF PRATT
CV-01470-MCE-KJN

Plaintiffs' expert, Craig Pratt is unavailable to testify on the trial dates currently set by the Court. Due to this unavailability, the parties jointly stipulate and request that Mr. Pratt's testimony be allowed to be taken on October 18, 2007 at 2:00 p.m. The time allocated to Mr. Pratt's testimony shall be counted as part of Plaintiffs' time to present their case.

Respectfully submitted,

Dated: August 23, 2012

/s/Linda S. Ordonio-Dixon
Linda S. Ordonio-Dixon
Attorney for Plaintiff EEOC

Dated: August 23, 2012

/s/Michael R. Deems (as authorized on 8/23/2012)
Michael R. Deems
DEEMS & KELLER LLP
Attorney for Plaintiff Intervenor Elshenawy

Dated: August 23, 2012

/s/Shelley C. Addison (as authorized on 8/23/2012)
Shelley C. Addison
DUN & MARTINEK LLP
Attorney for Defendant SPI

Dated: August 23, 2012

/s/Daniel J. Coyle (as authorized on 8/23/2012)
Daniel J. Coyle
DOWNEY BRAND LLP
Attorney for Defendant SPI

IT IS SO ORDERED.

Dated: August 30, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIP AND ORDER
RE TESTIMONY OF PRATT
CV-01470-MCE-KJN

JT PRETRIAL
CONF. STMT
CV-01470-MCE-KJN

2